EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Agradecimiento al Presidente Junta de Educación Continua y a Miembros | 2004 TSPR 123 162 DPR _____ |
| --- | --- |

Número del Caso: EM-2004-3

Fecha: 20 de julio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In Re: Agradecimiento al
Presidente Junta de Educación
Continua y a Miembros



EM-2004-3




Sala de Verano integrada por su Presidenta, la Jueza Presidenta señora Naveira Merly y los Jueces Asociados señores Hernández Denton y Fuster Berlingeri


RESOLUCIÓN


San Juan, Puerto Rico, a 20 de julio de 2004


En nuestra Resolución de 4 de octubre de 2002, designamos a un grupo de distinguidos abogados y abogadas como miembros de la Junta de Educación Continua. Como parte de su encomienda estaba el someternos para su aprobación un proyecto de reglas para la administración del programa de educación jurídica obligatoria, establecido en el Reglamento de Educación Jurídica Continua que aprobamos el 30 de junio de 1998. Este programa, dirigido a las abogadas y a los abogados activos en el ejercicio de su profesión en Puerto Rico, requería de la adopción de las reglas necesarias para su administración eficiente, conforme dispuso el referido Reglamento en su Regla 8 (d) (7).

En cumplimiento de esa particular función, la Junta de Educación Continua nos ha presentado su *Proyecto de Reglamento del Programa de Educación Jurídica Continua*. Este proyecto ha quedado sometido ante la consideración del Tribunal. Este Tribunal desea consignar mediante la presente Resolución, su profundo agradecimiento por la labor

realizada en la elaboración de este importante cuerpo de reglas al Dr. Efraín González Tejera, Presidente de la Junta y a los miembros de ésta, Lcdo. Luis Roberto Piñero, Lcdo. José Alberto Morales, Prof. Roberto Aponte Toro, Hon. Roberto José Sánchez Ramos, Lcda. Tamara Sosa Pascual y Lcdo. Mario Oronoz Rodríguez.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Patricia Otón Olivieri
                         Secretaria del Tribunal Supremo